United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 28, 2005**

Charles R. Fulbruge III
Clerk

*In the United States Court of Appeals*
*For the Fifth Circuit*

No. 04-51405

ALBERTA TITUS

Plaintiff-Appellant

v.

DEL VALLE INDEPENDENT SCHOOL DISTRICT, Et Al

Defendants

DEL VALLE INDEPENDENT SCHOOL DISTRICT; BERNARD BLANCHARD

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:04-CV-129

Before JONES, DEMOSS, and OWEN, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5th Cir. R. 47.6.

---

[*]      Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.